UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUDI DUNCAN,

Plaintiff,

-against-

MARKS TAXIDERMY AKA PETS FOREVER; MORGAN STANLEY BANK,

Defendants.

24-CV-7894 (LTS)

ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiff filed this action *pro se*. On November 20, 2024, the Court dismissed the complaint for lack of subject matter jurisdiction, and granted Plaintiff 30 days' leave to replead her claims in an amended complaint. (ECF 5.) Plaintiff did not file an amended complaint, and, on February 2, 2025, the Clerk of Court entered judgment dismissing the action. (ECF 6.) On April 28, 2025, Plaintiff filed a motion for an extension of time to file an amended complaint (ECF 7), which the Court, by order dated August 13, 2025, construed as a motion for relief from a judgment or order under Rule 60(b) of the Federal Rules of Civil Procedure, and denied the motion (ECF 8.)

On September 16, 2025, Plaintiff filed another motion for an extension of time to file an amended complaint. (ECF 9.) The Court also construes this new motion as one seeking relief under Rule 60(b) and denies the motion for the same reasons it denied Plaintiff's previous Rule 60(b) motion. (*See* ECF 8.)

This action is closed. If Plaintiff continues to file meritless motions in this action, the Court may direct her to show cause why she should not be barred from filing any new documents in this action, except for documents captioned for the Court of Appeals, without prior permission from the court to file. *See* 28 U.S.C. § 1651.

**CONCLUSION**

The Court denies Plaintiff's motion under Rule 60(b). (ECF 9.)

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated: July 13, 2026
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge